| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 1/3 min. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Corinne Lew | | REPORTER/FTR FTR |
| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 8/15/08 | NEW CASE ☐ | CASE NUMBER 08-mj-70520 PVT |

| APPEARANCES ||||||
|---|---|---|---|---|---|
| DEFENDANT Hassa Abpikar | AGE | CUST | P/NP NP | ATTORNEY FOR DEFENDANT M. Araujo | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Dan Kaleba | INTERPRETER || FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ ||
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER || DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ ||

| PROCEEDINGS SCHEDULED TO OCCUR ||||||
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ||
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER ||
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING ||

| INITIAL APPEARANCE ||||
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT ||||
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE ||||||
|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: ||
| PROPERTY TO BE POSTED ☐ CASH $ || CORPORATE SECURITY ☐ || REAL PROPERTY: ☐ ||
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF ||||||

| PLEA ||||
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE ||||||
|---|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET ||
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER ||
| BEFORE HON. | ☐ DETENTION HEARING || ☐ MOTIONS | ☐ JUDGMENT & SENTENCING ||
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING ||

| ADDITIONAL PROCEEDINGS |
|---|
| DEFENDANT'S GIRLFRIEND, CAROLYN KEANE SIGNED ON AS SURETY ON APPEARANCE BOND. |