1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN STRETCH (CSBN 163973)
   Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney

5

6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5043

7  Facsimile: (408) 535-5066
   E-mail: daniel.kabelal@usdoj.gov

8

   Attorneys for the United States

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,        )
                                    )   No. CR 08-70520 PVT
14         Plaintiff,                )
                                    )
15      v.                          )   SUBSTITUTION OF ATTORNEY
                                    )
16                                  )
   HASSAN ABPIKAR,                  )
17                                  )
           Defendant.                )
18 _____)

19     Please take notice that as of, August 18, 2008, the Assistant U.S. Attorney whose name,

20 address, telephone number and email address are listed below was assigned to be counsel

21 for the government.

22                      Assistant U.S. Attorney Daniel R. Kaleba
                        150 Almaden Blvd., Suite 900
23                      San Jose, CA 95113
                        Telephone: (408) 535-5043
24                      Email: daniel.kaleba@usdoj.gov

25 DATED: August 19, 2008            Respectfully submitted,

26                                   JOSEPH P. RUSSONIELLO
                                     United States Attorney

27

28                                       /s/
                                     _____
                                     DANIEL R. KALEBA
                                     Assistant United States Attorney