No. **CR-08 00560** RMW PVT

FILED

E-FILING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

*SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA
### *vs.*
## HASSAN ABPIKAR

## INDICTMENT

**COUNTS ONE-THREE:**  18 U.S.C. § 1015(a) - False Statement Under Oath Relating to Naturalization or Citizenship

*A true bill.*

_____
Ramona Wills
*Foreperson*

Filed in open court this _20_ day of _August_

A.D. 200_8_

_____
Patricia V. Trumbull
*United States Magistrate Judge*

**Bail. $** _No process_

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

E-FILING

FILED

2008 AUG 20 P 1: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HASSAN ABPIKAR,<br><br>Defendant. | CR-08 00560 RMW PVT<br><br>VIOLATIONS: 18 U.S.C. § 1015(a) –<br>False Statement Under Oath Relating to<br>Naturalization or Citizenship<br><br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

**COUNT ONE**: (18 U.S.C. § 1015(a) – False Statement Under Oath Relating to Naturalization or Citizenship)

On or about November 29, 2004, in the Northern District of California, the defendant,

HASSAN ABPIKAR,

did knowingly make a false statement under oath, in any case, proceeding, and matter relating to, and under, and by virtue of any law of the United States, relating to naturalization, citizenship, and registry of aliens, by failing to disclose in his Application for Naturalization his prior 1980 felony conviction in the State of Oklahoma for Telephoning a Bomb Threat, in violation of Title 18, United States Code, section 1015(a).

**COUNT TWO**: (18 U.S.C. § 1015(a) – False Statement Under Oath Relating to Naturalization or Citizenship)

On or about November 29, 2004, in the Northern District of California, the defendant,

HASSAN ABPIKAR,

did knowingly make a false statement under oath, in any case, proceeding, and matter relating to, and under, and by virtue of any law of the United States, relating to naturalization, citizenship, and registry of aliens, by falsely stating in his Application for Naturalization that his home address was "3254 Fleur De Lis Ct., San Jose, Calif.," in violation of Title 18, United States Code, section 1015(a).

**COUNT THREE**: (18 U.S.C. § 1015(a) – False Statement Under Oath Relating to Naturalization or Citizenship)

On or about May 18, 2005, in the Northern District of California, the defendant,

HASSAN ABPIKAR,

did knowingly make a false statement under oath, in any case, proceeding, and matter relating to, and under, and by virtue of any law of the United States, relating to naturalization, citizenship, and registry of aliens, by certifying under penalty of perjury under the laws of America that the contents of his naturalization application were true and correct to the best of his knowledge and belief, in violation of Title 18, United States Code, section 1015(a).

DATED: August 20, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch

(Approved as to form: _____ )
AUSA DANIEL R. KALEBA

INDICTMENT
*United States v. Abpikar*                    2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 20  P 1:55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### OFFENSE CHARGED

Counts 1-3
Title 18, U.S.C. § 1015(a) - False Statement Under Oath Relating to Naturalization or Citizenship

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

E-FILING

**PENALTY:**
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

**DEFENDANT**
HASSAN ABPIKAR

DISTRICT COURT NUMBER
CR - 08  00560  RMW  PVT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
ICE - DWAYNE SANCHEZ

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
} MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** DAN KALEBA

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: