United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

United States of America,

          Plaintiff,

  v.

Hassan Abpikar,

          Defendant.

_____/

NO. CR-08-00560  RMW

**ORDER VACATING HEARING ON MOTION TO REVOKE PRETRIAL RELEASE; EXTENDING STAY ON PRETRIAL RELEASE ORDER**

Presently before the Court is the United States' Motion to Revoke Pretrial Release Order for Defendant Hassan Abpikar.  Since this case has now been assigned to Judge Ronald M. Whyte, the Court VACATES its hearing on the government's motion set for August 25, 2008.  The Court continues the hearing on the motion to **September 8, 2008** to be heard by Judge Whyte.

The Court's August 15, 2008 Order granting the government's request for a stay pending appeal of the pretrial release order is extended to **September 8, 2008**.

Dated:  August 22, 2008

_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

2  Manuel U. Araujo, Manuel_Araujo@fd.org
3  Danile R. Kaleba, daniel.kaleba@usdoj.gov

4  **Dated:  August 22, 2008**                    **Richard W. Wieking, Clerk**

5

6  **By:   /s/ JW Chambers**
       **Elizabeth Garcia**
7       **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28