| | |
|---|---|
| 1 | BARRY J. PORTMAN<br>Federal Public Defender |
| 2 | MANUEL U. ARAUJO,<br>Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575<br>San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant ABPIKAR |

**FILED**

AUG 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HASSAN ABPIKAR,

    Defendant.

No. CR 08-00560-RMW (PVT)

STIPULATION ADVANCING THE HEARING ON THE UNITED STATES' MOTION TO REVOKE THE PRETRIAL RELEASE ORDER FOR DEFENDANT HASSAN ABPIKAR TO SEPTEMBER 3, 2008, AT 1:30 P.M.

The United States through its attorney of record, Assistant United States Attorney, David Callaway, and Defendant, Hassan Abpikar, through his counsel, Assistant Federal Public Defender Manuel U. Araujo, stipulate and agree and subject to the Court's agreement that the hearing on the United States' Motion to Revoke the Pretrial Release Order for Defendant Hassan Abpikar, presently scheduled for Monday, September 8, 2008, should be advanced to September 3, 2008, at 1:30 p.m. The request is based on the following facts:

On August 13, 2008, Magistrate Judge Trumbull set bail in the amount of $50,000, secured by the signature of two responsible persons. She further ordered that Mr. Abpikar be placed on electronic monitoring. On August 15, 2008, after the bond had been signed by two sureties, Magistrate Judge Trumbull ordered the defendant released from custody. The government moved for a stay of the order until the Magistrate Judge's bail decision could be appealed to the District Court. The Magistrate Judge denied the stay. The government then brought the matter before the duty judge, United States District

1 Judge James Ware. Judge Ware granted the government's request for a stay and set hearing on the
2 motion to revoke the order setting conditions of release for Monday, August 25, 2008. The Court also
3 set a briefing schedule, calling for the government to file its motion and supporting documents on
4 Monday, August 18, 2008, and calling for the defense to file its response by August 20, 2008. The
5 parties complied with the established briefing schedule. On August 20, 2008, the grand jury returned
6 a three-count indictment alleging that the defendant violated Title 18, United States Code, § 1015(a).
7 On August 21, 2008, the defendant was arraigned on the indictment and he entered pleas of not guilty.
8 The case was assigned to United States District Court Judge Ronald M. Whyte. On August 22, 2008,
9 United States District Court Judge James Ware, on its own motion, took the hearing off his calender and
10 the matter is now set on Judge Whyte's calender for September 8, 2008.
11 SO STIPULATED:
12
13
14 Dated: August 29, 2008   By: _____
   Manuel U. Araujo,
15 Assistant Federal Public Defender
16 Dated: August 29, 2008
17 By: _____
   David Callaway,
18 Assistant United States Attorney