BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ABPIKAR

**FILED**

AUG 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-00560-RMW (PVT) |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER ADVANCING THE |
| v. | ) HEARING ON THE UNITED STATES' |
|  | ) MOTION TO REVOKE THE PRETRIAL |
| HASSAN ABPIKAR, | ) RELEASE ORDER FOR DEFENDANT |
|  | ) HASSAN ABPIKAR TO SEPTEMBER 3, |
| Defendant. | ) 2008, AT 1:30 P.M., |
|  | ) |

The parties agree to advance the hearing on the United States' motion to revoke the pretrial release order currently set for September 8, 2008, to September 3, 2008, at 1:30 p.m..

Pursuant to the parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the presently set hearing date is advanced to Wednesday, September 3, 2008, at 1:30 p.m. for hearing.

Dated: 8/29/08

_____
RONALD M. WHYTE
United States District Judge