***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** September 3, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00560-RMW

**TITLE:** UNITED STATES OF AMERICA   -v-  HASSAN ABPIKAR
    **APPEARANCES:**                  (P) (C)

**PLTF:** AUSA: D. Kaleba    **DEFT:** M. Araujo
    **PRETRIAL OFFICER:**         A. Granados

**COURT ACTION:** GOVERNMENT'S MOTION TO REVOKE PRETRIAL RELEASE ORDER

**Hearing Held. The Court heard oral argument from both sides. The Court denies the motion to revoke pretrial release order. The Court issued a new appearance bond. Carolyn Keane is hereby removed as a surety and replaced with Tracy Malak. A $50,000 bond shall be secured by posting property. The matter will be referred to Magistrate Trumbull for posting of the property. Defendant shall remain in custody pending the sureties posting the property. The Court set this matter on for 9/22/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 9/22/08. Government to prepare exclusion order.**

            /s/ Jackie Garcia
              JACKIE GARCIA
            **Courtroom Deputy**