*E-FILED - 7/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-08-00560-RMW |
|---|---|
| Plaintiffs, | ORDER ON MOTION TO DISMISS |
| v. | |
| HASSAN ABPIKAR, | [Docket Nos. 42, 46, 53 & 55] |
| Defendant. | |

On March 13, 2009 defendant Hassan Abpikar filed pro se a motion to dismiss the indictment pending against him. That indictment charges defendant Abpikar with three counts of making false statements under oath relating to naturalization or citizenship in violation of 18 U.S.C. § 1015(a). He is currently represented by appointed counsel Mary Conn. He was previously represented by assistant federal public defender Manuel Araujo. Attorney Araujo was relieved as a result of a conflict of interest with defendant. On March 16, 2009 Magistrate Judge Lloyd ordered a psychological or psychiatric evaluation of defendant. That evaluation has not been completed. Since defendant Abpikar originally filed his motion, he has filed pro se two amended motions to dismiss and a request for a ruling. His appointed counsel has not participated in the filing or assertion of these motions. The court is reluctant to consider these motions since they were not made by defendant's counsel and the issue of defendant's mental status is pending. However, the court believes it can rule on the motions without prejudicing any party and should advise defendant

that he should work with his counsel.

The motion to dismiss attacks Count 1 and Count 3 of the indictment to the extent that Count 3 charges the alleged conduct in Count 1.  Specifically, defendant asserts that the claim that he was convicted of making a bomb threat and not disclosing it on his naturalization application is false. His motion attaches papers which raise a question of whether he was convicted of making such a threat.  However, that determination will have to await resolution by trial, and the court cannot enter a finding at this time that defendant was not so convicted.  Therefore, the motion is denied without prejudice.[1]

Defendant is advised that all motions should be filed by counsel as long as he is represented by counsel.  *See United States v. Bergman*, 813 F.2d 1027, 1030 (9th Cir. 1987)("We find no error in the district court's refusal to acknowledge Bergman's pro se filings. A criminal defendant does not have an absolute right to both self-representation and the assistance of counsel.")

DATED:  7/7/09

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

---

[1] Defendant Abpikar has filed a separate habeas corpus petition challenging his pretrial detention by the Secretary of Homeland Security and the Attorney General with respect to an immigration matter. An Order to Show Cause has been issued with respect to that matter. *See Apbikar v. Napalitano*, No. C 09-1500, pending in this court.