UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> HASSAN ABPIKAR ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. CR-08-00560 RMW (PVT) <br> **DETENTION ORDER** |

The defendant appeared out of custody February 1, 2010 for a pretrial release violation hearing.

Pretrial Services alleges that the defendant violated the conditions of release which include that he comply with the time and area restrictions/limitations imposed and monitored by a Global Positioning System (GPS). Specifically it is alleged that defendant routinely violated the GPS conditions and other conditions as noted herein: Jan. 30, 2010 alert, defendant leaves GPS unit in the car when he gets coffee and goes to Valley Fair Mall and to auto dealerships instead of religious services as expected; Jan. 29, 2010 the defendant is late getting home and leaves the range of the tracker without authority; Jan. 28, 2010 the defendant fails to stay in range of the unit, does not have his tracker and goes to a part of the yard that is out of tracking range; Jan. 25. defendant leaves home without the tracker causing pretrial to call. Defendant goes home to get the tracker upon the alert; Jan. 16, 2010 he leaves home without taking his tracker with him.; Jan.15, 2010 defendant is out of range five minutes; Jan. 14, 2010 defendant is again out of authorized range twice, once 13 minutes and then 6 minutes; Jan. 12, 2010 defendant was out of range for a total of 11 minutes. He was also an hour and a half late getting home from the his meeting with his attorney due to the length of the meeting, which the court does not deem a violation although contact with pretrial concerning the delay is a better way of dealing with this

time problem.

     The defendant has repeatedly failed to comply with his pretrial release conditions. Numerous hearings have been held concerning the details of his release and his somewhat cavalier attitude toward compliance. The defendant's inability and/or indifference toward his pretrial release requirements indicates that he is a flight risk  Thus there are no conditions or combination of conditions that will reasonably assure the presence of the defendant as required.

.

Dated: 1 Feb. 2010

PATRICIA V. TRUMBULL
United States Magistrate Judge