IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HASSAN ABPIKAR,<br><br>　　　　Defendant. | ***E-FILED - 2/9/10*** <br><br>Case No. C-08-00560-RMW<br><br>ORDER ON MOTION TO PRODUCE OR UNSEAL TRANSCRIPTS |

　　On February 8, 2010 defendant Hassan Abpikar who is currently representing himself filed a motion entitled "Motion to Request for an Order to Direct Magistrate Judge Lloyd to Produce or Unseal the Transcripts for the Court Proceedings of March 9, 2009 and March 16, 2009." Mr. Abpikar appears to merely want copies of the recordings of the proceedings as opposed to actually wanting to unseal the portion of the proceedings that were held "under seal." Although Mr. Abpikar appears to have a misunderstanding of the Magistrate Judge's powers and role in the case, he should be provided with a copy of the recordings for the two sessions requested: March 9, 2009 and March 16, 2009. Therefore, it is hereby ordered that Hassan Abpikar be provided with copies of the recordings of the March 9, 2009 and March 16, 2009 hearings before Magistrate Judge Lloyd. Mr. Abpikar states he was previously given CDs for those hearings and they were blank. If there is no recording for those proceedings, the Clerk is to explain what happened with the recordings that the docket reflects were made.

DATED: 2/8/10

　　　　　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order E-Filed to Counsel of Record:

Mailed to:

Hassan Abpikar (PFN: CTV906)
Santa Clara County Mail Jail
885 N. San Pedro Street
San Jose, CA 95110

*Defendant in Pro Se*