***E-FILED - 11/2/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>HASSAN ABPIKAR,<br><br>    Defendant. | Case No. C-08-00560-RMW<br><br>ORDER ON MOTIONS |

Defendant Hassan Abpikar has filed a number of motions throughout the pendency of this case on behalf of himself even though he has been represented by counsel. The court has considered all those motions and believes that it has either orally or in writing ruled on each one. However, the court has not reviewed the transcript of all proceedings to ensure that it placed on the record its ruling on each of the motions. To ensure that the record is complete, the court hereby denies any motion for which there is not a ruling as a matter of record.

The court also finds that the government produced before trial defendant's handwritten notes that Mr. Abpikar allegedly provided to Detective Sanchez. Although it is a little disturbing that those documents were not found earlier and provided, however, they were provided before trial, were not offered at trial and appear to have no relevance to the issues in the case.

DATED: 11/2/10

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: