```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Criminal Chief
4
   SUSAN KNIGHT (CSBN 209013)
5  Assistant United States Attorney

6    150 Almaden Blvd., Suite 900
     San Jose, California 95113                    *E-FILED - 2/4/11*
7    Telephone: (408) 535-5056
     FAX: (408) 535-5066
8    E-Mail: Susan.Knight@usdoj.gov

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 08-00560 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [] |
|  | ) ORDER CONTINUING SENTENCING |
| HASSAN ABPIKAR, | ) HEARING |
| Defendant. | ) |

The undersigned parties jointly request that the sentencing hearing on above-captioned matter be continued from Monday, February 7, 2011 to Monday, February 28, 2011 at 9:00 a.m. The reason for the continuance is Probation Officer Ben Flores needs to complete his investigation. Probation Officer Ben Flores has informed undersigned counsel that he is available on February 28, 2011.

SO STIPULATED:                          MELINDA HAAG
                                        United States Attorney

DATED: 2/3/11                           _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney

DATED: 2/3/11                           _____/s/_____
                                        DAVID W. PAULSON
                                        Counsel for Mr. Abpikar

STIPULATION AND [] ORDER
CR 08-00560 RMW

**ORDER**

For good cause shown, the Court HEREBY ORDERS that the sentencing hearing in United States v. Hassan Abpikar, CR 08-00560 RMW, is continued to Monday, February 28, 2011 at 9:00 a.m.

SO ORDERED.

DATED: 2/4/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND [] ORDER
CR 08-00560 RMW