# UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FILED
FEB 09 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA, Plaintiff,

v.

HASSAN ABPIKAR, Defendant.

Case Number CR08-00560 RMW

ORDER OF DETENTION

In accordance with the Bail Reform Act, a hearing was held on February 8, 2011. Defendant was present, represented by his attorney David Paulson. The United States was represented by Assistant U.S. Attorney Susan Knight.

/X/ The defendant is charged with violating conditions of release pending sentencing.

/X/ The defendant has not come forward with sufficient evidence to meet his burden under Federal Rule of Criminal Procedure 46 and 18 U.S.C. §3143 that he will not flee or pose a danger to any other person or to the community.

/X/ Defendant, his attorney, and the AUSA have waived written findings.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: February 9, 2011

PAUL S. GREWAL
United States Magistrate Judge

AUSA ___, ATTY ____, PTS ___