MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

*E-FILED - 2/24/11*

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
E-Mail: Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HASSAN ABPIKAR, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR No. 08-00560 RMW <br><br> STIPULATION AND [] <br> ORDER CONTINUING SENTENCING <br> HEARING |

The undersigned parties jointly request that the sentencing hearing in above-captioned matter be continued from February 28, 2011 at 9:00 a.m. to March 21, 2011 at 9:00 a.m.  The reason for the continuance is David Paulson needs additional time to review the Presentence Report. Counsel for the Government left a message for Probation Officer Ben Flores today about the continuance.  If Officer Flores has a conflict on March 21, 2011, the parties will immediately

//
//
//
//

STIPULATION AND [] ORDER
CR 08-00560 RMW

contact the court to reschedule the sentencing hearing.

SO STIPULATED:            MELINDA HAAG
                          United States Attorney

DATED: 2/23/11            _____/s/_____
                          SUSAN KNIGHT
                          Assistant United States Attorney

DATED: 2/23/11            _____/s/_____
                          DAVID W. PAULSON
                          Counsel for Mr. Abpikar

## **ORDER**

For good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Hassan Abpikar</u>, CR 08-00560 RMW, is continued to March 21, 2011 at 9:00 a.m.

SO ORDERED.

DATED: 2/24/11            _____
                          RONALD M. WHYTE
                          United States District Judge

STIPULATION AND [] ORDER
CR 08-00560 RMW