1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Criminal Chief
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900      ***E-FILED - 3/18/11***
      San Jose, California 95113
7     Telephone:  (408) 535-5056
      FAX: (408) 535-5066
8     E-Mail: Susan.Knight@usdoj.gov

9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,        )   CR No. 08-00560 RMW
                                    )
14       Plaintiff,                 )
                                    )   STIPULATION AND []
15       v.                         )   ORDER CONTINUING SENTENCING
                                    )   HEARING
16 HASSAN ABPIKAR,                  )
                                    )
17       Defendant.                 )
                                    )
18                                  )
                                    )
19

20     The undersigned parties jointly request that the sentencing hearing in above-captioned matter

21 be continued from March 21, 2011 to April 4, 2011 at 9:00 a.m.  The reason for the continuance

22 is David Paulson needs additional time to review the Presentence Report.  Counsel for the

23 Government has notified Probation Officer Ben Flores, and he has no objection.

24 //

25 //

26 //

27 //

28 //

S TIPULATION AND [] ORDER
CR 08-00560 RMW

SO STIPULATED:             MELINDA HAAG
                           United States Attorney

DATED: 3/18/11                     /s/
                           _____
                           SUSAN KNIGHT
                           Assistant United States Attorney

DATED: 3/18/11                     /s/
                           _____
                           DAVID W. PAULSON
                           Counsel for Mr. Abpikar

### **ORDER**

For good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Hassan Abpikar</u>, CR 08-00560 RMW, is continued to April 4, 2011 at 9:00 a.m.

SO ORDERED.

DATED: 3/18/11             _____
                           RONALD M. WHYTE
                           United States District Judge