David W. Paulson, Esq.
LAW OFFICES OF DAVID W. PAULSON
1651 E. Fourth Street
Suite 215
Santa Ana, CA 92701
714-541-1023
714-541-1166 – FAX

Attorneys for HASSAN ABPIKAR, Defendant

***E-FILED - 4/6/11***

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 08-00560 RMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING |
| | ) | |
| HASSAN ABPIKAR, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

The undersigned parties jointly request that the hearing on above-captioned matter be continued from Wednesday, April 6, 2011 to Monday, April 11, 2011 at 2:30 p.m.  The reason for the continuance is Mr. David W. Paulson, Esq. has a scheduling conflict on April 6, 2011 and will not be able to attend the hearing scheduled in the above-captioned matter.

SO STIPULATED:

Dated:   April 5, 2011               ------------------/s/--------------------
                                     David W. Paulson
                                     Counsel for Mr. Abpikar

Dated:   April 5, 2011               ------------------/s/--------------------
                                     Susan Knight
                                     Assistant United States Attorney

- 1 -

STIPULATION AND [] ORDER

**ORDER**

For good cause shown, the Court HEREBY ORDERS that the hearing in United States v. Hassan Abpikar, CR 08-00560 RMW, is continued to Monday, April 11, 2011 at 2:30 p.m.

SO ORDERED.

DATED: 4/6/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge